**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                  Case No. 10-CR-20320-2

DANIEL THOMAS,

      Defendant.

_____/

## ORDER DENYING MOTION FOR SENTENCE REDUCTION

      The defendant having moved for reduction of the term of imprisonment under 18

U.S.C. § 3582(c)(2) based on a guideline sentencing range that has been subsequently

lowered and made retroactive pursuant to 28 U.S.C. § 994(u), and counsel having been

appointed to represent the defendant, and defendant having informed the court in a

memorandum filed by counsel that defendant is not eligible for sentence reduction, the

motion has been effectively withdrawn.  Accordingly,

      **IT IS ORDERED** that defendant's motion for sentence reduction is **DENIED.**


Date:   January 5, 2012


                              s/Robert H. Cleland_____
                              ROBERT H. CLELAND
                              United States District Judge